NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2010-7038

HAROLD D. SAVITZ,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 05-1470, Judge Alan G. Lance, Sr.

ON MOTION

O R D E R

Harold D. Savitz moves without opposition to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion is granted. All other pending motions are moot.

(2)   Each side shall bear their own costs.

FOR THE COURT

MAR 25 2010
    Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   David J. Lowenstein, Esq.
    Daniel Rabinowitz, Esq.

s19

ISSUED AS A MANDATE:   MAR 25 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 25 2010

JAN HORBALY
CLERK